# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2020

162256 & (18)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC:  162256
COA:  354420
Wayne CC:  07-024705-FC

JEFFERY LENARD WELLS, a/k/a JEFFREY
LENARD WELLS,
          Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The request for release on bond is DENIED.  The application for leave to appeal the August 31, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2020



t1229

Clerk